Jane DOE

v.

**UNITED STATES of America, et al.**

No. 84–5613.

United States Court of Appeals,
District of Columbia Circuit.

April 4, 1986.

Before ROBINSON, Chief Judge, and WRIGHT, WALD, MIKVA, EDWARDS, GINSBURG, BORK, SCALIA, STARR, SILBERMAN and BUCKLEY, Circuit Judges.

## ORDER

Appellees' suggestion for rehearing *en banc* has been circulated to the full Court. A vote was requested and at least a majority of the judges of the Court in regular active service have voted in favor of the suggestion. Upon consideration of the foregoing, it is

ORDERED, by the Court *en banc*, that appellees' suggestion for rehearing *en banc* is granted and it is

FURTHER ORDERED, by the Court *en banc*, that the opinion and judgment of January 17, 1986, 781 F.2d 907, be, and the same hereby are, vacated.

A future order of the Court will govern further proceedings in this case.